```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Matt M. Dispensa, Sr.

    v.

                                          Case No. 19-cv-556-LM

National Conference of Catholic
Bishops et al

## JUDGMENT

In accordance with the Order by Chief Judge Landya B. McCafferty dated May 21, 2020, judgment is hereby entered.

                                            By the Court:

                                          /s/ Daniel J. Lynch
                                          Daniel J. Lynch
                                          Clerk of Court

Date: June 5, 2020

cc:   Matt M. Dispensa, Sr., pro se
       Jon C. Martin, pro se
       Counsel of Record